No. 24-1020

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

PERSONAL AUDIO, LLC,
*Plaintiff-Appellant,*

v.

GOOGLE LLC,
*Defendant-Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CASE NO. 1:17-cv-01751-CFC

**APPELLANT PERSONAL AUDIO'S NOTICE OF CORRECTION FOR OPENING BRIEF**

| | |
|---|---|
| Steven M. Hanle, *Principal Attorney*<br>Douglas Q. Hahn<br>Salil Bali<br>STRADLING YOCCA CARLSON &<br>RAUTH LLP<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>949-725-4000 | Henning Schmidt<br>STRADLING YOCCA CARLSON &<br>RAUTH LLP<br>500 W. 2nd Street, Suite 1900<br>Austin, TX 78701<br>512-788-5015 |

*Attorneys for Plaintiff-Appellant Personal Audio, LLC*

# **CERTIFICATE OF INTEREST**

Counsel for Plaintiff-Appellant Personal Audio, LLC certify the following:

    1.    The full name of every party represented by me is: Personal Audio, LLC

    2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None.

    3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are: None.

    4.    The name of all law firms and the partners or associates that appeared for the party now represented by me in the trial Court or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are: Stradling, Yocca, Carlson & Rauth, P.C., Hardy, Parrish & Yang, LLP, Victor G. Hardy, William B. Parrish, Minghui Yang, Matthew Stephens, Jared Veliz, Ahmad Takouche, Lisa Northrop and Jason de Bretteville.

    5.    The title and number of any case known to counsel to be pending in this or any other Court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal: None.

    6.    Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees): None.

Dated: February 2, 2024        By: /s/ *Steve Hanle*
                                         Steve Hanle
                                         Attorney for Plaintiff-Appellant
                                         Personal Audio, LLC

Plaintiff-Appellant Personal Audio, LLC ("Appellant") hereby notifies the Court of non-substantive corrections to Appellant's Principal Brief.

After Appellant's Principal Brief was filed, Appellee Google agreed to reduce the number of confidential words. Personal Audio therefore files this corrected version of its opening brief reflecting the reduced confidentiality designations and redactions which are summarized here:

The non-confidential opening brief has been corrected to remove the following redactions: (1) on pages 24, 42, 43, 44, 47, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64: all redactions have been removed; 2) on page 31, only one word from the last sentence of the first paragraph remains redacted. In addition, the page numbers from the source code citations have been unredacted; 3) on page 50, only six words have been retained as redacted, with the remainder unredacted; 4) on page 51, only one word remains redacted; 5) on page 52, only 3 words remain redacted. The highlights indicating redactions in the confidential opening brief have been corrected to reflect these changes.

Dated: February 2, 2024                /s/    Steven M. Hanle

                                                    STRADLING YOCCA
                                                  CARLSON & RAUTH, LLP
                                                  *Counsel for Appellant*
                                                  *Personal Audio, LLC*

# **CERTIFICATE OF COMPLIANCE**

1. This notice complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f):

   [ X ] this notice contains 171 words.

   [   ] this notice uses a monospaced type and contains [*state the number of*] lines of text.

2. This notice complies with the typeface and type style requirements because:

   [ X ] this notice has been prepared in a proportionally spaced typeface using [*Microsoft Word 365*] in [*14pt Times New Roman*]; *or*

   [   ] this notice has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated: <u>February 2, 2024</u>     /s/     <u>Steven M. Hanle</u>

STRADLING YOCCA
CARLSON & RAUTH, LLP

*Counsel for Appellant Personal Audio, LLC*

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 2nd day of February, 2024, I caused this Appellant's Notice of Correction for Principal Brief to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the all counsel of record as registered CM/ECF users.

                                       /s/ *Steven M. Hanle*

                                       STRADLING YOCCA
                                       CARLSON & RAUTH, LLP

                                       *Counsel for Appellant Personal Audio, LLC*