NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONAL AUDIO, LLC,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-1020

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01751-CFC, Chief Judge Colm F. Connolly.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge*.

**O R D E R**

Personal Audio, LLC moves unopposed to waive the requirements of Federal Circuit Rule 25.1(d)(1) to redact an additional 4 words in its corrected opening brief pertaining to Google LLC's confidential source code, technical information, and financial information.

The court notes that the corrected nonconfidential brief, ECF No. 25, does not include a descriptor over the redacted material, *see* Fed. Cir. R. 25.1(e)(1)(B); and the corrected confidential brief, ECF No. 26, contains an outdated certificate of confidential material which does not include all the information required by Federal Circuit Rule 25.1(e)(2).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, but ECF Nos. 25 and 26 are not accepted for filing. Corrected versions of Personal Audio's opening brief, addressing the compliance issues described in this order, are due no later than seven days from the date of entry of this order.

FOR THE COURT

March 19, 2024
Date

Jarrett B. Perlow
Clerk of Court