

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

**JARRETT B. PERLOW**
CLERK OF COURT

**CLERK'S OFFICE**
202-275-8000

June 25, 2024

2024-1020 - Personal Audio, LLC v. Google LLC

# NOTICE OF NON-COMPLIANCE

The document (Appendix, Confidential Appendix) submitted by Personal Audio, LLC is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contents of the appendix do not appear in the correct order. The appendix must begin with the table of contents. All judgments, orders, agency actions, or other decisions appealed from and any opinions, memoranda, or findings and conclusions supporting them must be placed first in the appendix after the table of contents and receive the first page numbers. Fed R. App. P. 30(d); Fed. Cir. R. 30(b)(2)(B); Fed. Cir. R. 30(c)(1). Refer to Fed. Cir. R. 25.1(e)(1)(A) for an exception regarding protective orders.

- Confidential material must be identified by using brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A). Refer to the Practice Notes to Rule 25.1 (Noting Confidential Material in the Confidential Version; Record Material That Exists in Two Versions).

- The nonconfidential version must describe the general nature of the confidential material that has been deleted, with *applicable* page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Describing the General Nature of Confidential Material Deleted from the Nonconfidential Version).

    *Clerk's Note: Pages listed in the statement pertaining to confidential information must match material that is redacted/highlighted in the appendix. Appx8626-8693 is an example of where there is not corresponding redactions/highlights in the appendix but it is listed as confidential in the statement.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk